IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-cr-38-KS-MTP

DEMPSEY BRYAN LEVI

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [31]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

The Court entered Agreed Preliminary Order of Forfeiture [22] on Dempsey Bryan Levi, forfeiting the following **"Subject Property"** to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c):

| Asset ID | Asset Description |
|---|---|
| 19-FBI-004599 | $895,730.46 seized from Merchants and Marine Bank account number 9011525 in the name of Alvix Laboratories LLC |
| 19-FBI-004612 | $28,383.94 seized from Merchants and Marine Bank account number 9009958 in the name of The Gardens Pharmacy LLC |

The United States of America published notice via the internet at www.forfeiture.gov including notice of this forfeiture and of the intent of the United States of America to dispose of the **Subject Property** in accordance with the law and as specified in the Agreed Preliminary Order. *See* Proof of Publication, ECF No. 31-1. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by certified mail, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. *See* Proof of Service, ECF No. 31-2. No one filed a claim to any of the assets and the deadline for doing so has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Defendant Dempsey Bryan Levi had an interest in the **Subject Property** that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c).

2. Final forfeiture judgment against the **Subject Property** is hereby entered pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the **Subject Property** is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this ____25th____ day of ____March_____ 2021.

                                               ____s/Keith Starrett_____
                                               KEITH STARRETT
                                               UNITED STATES DISTRICT JUDGE